On the facts found by the Court of Appeal the result is correct.

On the facts found by the Court of Appeal, there is no error of law in its judgment.

259 So.2d 76

William E. DAVIS d/b/a Davis Repair Service

v.

Bernadine E. CHUBE.

No. 52225.

March 27, 1972.

On the facts found by the Court of Appeal, the result is correct.